RENE L. VALLADARES
Federal Public Defender
State Bar No. No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Richard C.G. Larson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD C.G. LARSON,<br><br>Defendant. | 2:15-mj-313-GWF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Christina M. Brown, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for, RICHARD C.G. LARSON, that the Preliminary Hearing currently scheduled for August 14, 2015 at the hour of 4:00 p.m., be vacated and set to a date and time convenient to this court. However, in no event earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Parties have entered negotiations and need the additional time to resolve this matter.

2. Defendant is incarcerated and does not object to a continuance.

///

///

///

1

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the third request for continuance filed herein.

DATED this 6th day of August, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| /s/ Brian Pugh<br>By_____<br>Brian Pugh<br>Assistant Federal Public Defender | /s/ Christina M. Brown<br>By_____<br>Christina M. Brown<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>RICHARD C.G. LARSON,<br>　　　　Defendant. | 2:15-mj-313-GWF<br><br>**ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Parties have entered negotiations and need the additional time to resolve this matter.
2. Defendant is incarcerated and does not object to a continuance.
3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

///
///
///

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**IT IS THEREFORE ORDERED** that the Preliminary Hearing currently scheduled on August 14, 2015 at the hour of 4:00 p.m., be vacated and continued to September 14, 2015 at 4:00 p.m.

DATED this 7th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE